| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

DERIN K. MUELLER, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:21-CV-426
§
CHRISTOPHER NORSWORTHY, *et al.*, §
§
    Defendants. §

### MEMORANDUM ORDER ADOPTING
### THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff Derin K. Mueller, proceeding *pro se*, filed this civil rights lawsuit against Christopher Norsworthy and Kevin Smith. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion to dismiss filed by the defendants be granted.

    The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

    Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. The motion to dismiss is **GRANTED**. A final judgment shall be entered dismissing this lawsuit.

    SIGNED at Beaumont, Texas, this 13th day of January, 2023.

                                          */s/ Marcia A. Crone*
                                    MARCIA A. CRONE
                              UNITED STATES DISTRICT JUDGE